FILED
CLERK, U.S. DISTRICT COURT
JUL 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT CILIENTO, | No. CV 08-846-DSF (CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| ELLEN GREENMAN, MD, et al., | |
| Defendants, | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to prosecute and failure to comply with Local Rule 41-6 and the orders of this court.

DATE: 7-2-09

DALE S. FISCHER
United States District Judge